SARAH A. WHEELER, Respondent, *v.* PETER W. FOY
et al., Defendants, and SLAWSON & HOBBS et al.,
Appellants.

*Fraud — principal and agent — dealing by real estate broker and its
employees in property of client for their own personal profit — judgment
for amount of commissions paid and for difference in price represented
and that actually obtained.*

*Wheeler* v. *Foy*, 217 App. Div. 782, affirmed.

(Argued October 13, 1927; decided November 22, 1927.)

APPEAL from a judgment, entered January 4, 1927, upon
an order of the Appellate Division of the Supreme Court
in the second judicial department, reversing a judgment
in favor of defendants entered upon a dismissal of the
complaint by the court on trial at Special Term and
directing judgment in favor of plaintiff against the
appellants herein. Plaintiff, claiming to have had an
interest in premises 163 West Seventy-second street, in
the borough of Manhattan, city of New York, brought
this action to set aside a contract for the sale thereof,
and to set aside a deed conveying said premises pursuant
to such contract, upon the ground that the brokers in said
transaction had, by means of false and fraudulent repre-
sentations made to plaintiff's agent and attorney, procured
such contract and conveyance for itself at an inadequate
price, through the medium of the purchaser who was its
dummy and who held the property for the brokers who
subsequently sold it at an increased price. The Appellate
Division held that the brokers and their employees dealt
with plaintiff's property for their own personal profit and
directed judgment in favor of plaintiff for the amount of
the commissions obtained upon the sale and for the differ-
ence between the sum represented to plaintiff as the pur-
chase price and the price obtained from the subsequent sale.

*Louis W. Stotesbury* for Slawson & Hobbs, appellants.

*Meier Steinbrink, Martin Lippman* and *Harold M.
Kennedy* for Gay Holding Corporation et al., appellants.

*Edward F. Spitz* and *William J. Dean* for respondent.

Judgment affirmed, with costs, no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

FREDERICKA HEHR, as Administratrix of the Estate of CHARLES HEHR, Deceased, Respondent, *v.* NATIONAL BEN FRANKLIN FIRE INSURANCE COMPANY et al., Appellants, Impleaded with Others.

*Insurance (fire) — liability for loss from explosion.*

Hehr v. *Nat. Ben Franklin Fire Ins. Co.*, 220 App. Div. 760, affirmed. (Argued October 14, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon policies of fire insurance for damage to premises from fire and an explosion of gas. The question was whether under the standard fire insurance contract of the State of New York, which provides: " Unless otherwise provided by agreement in writing added hereto, this company shall not be liable for loss and damage occurring * * * by explosion, or lightning, unless fire ensues, and, in that event, for loss or damage by fire only," the defendant insurance companies were liable for explosion damages.

*James M. H. Wallace, Cleveland Pond* and *Joseph Swart* for appellants.

*Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.